IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AURIELE VanBUREN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HEALTHCARE AUTHORITY ) <br> FOR BAPTIST HEALTH, an ) <br> affiliate of the UAB ) <br> Health System, doing ) <br> business as Baptist ) <br> Medical Center, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 2:18cv601-MHT <br> (WO) |

OPINION

Plaintiff filed this lawsuit asserting that she was subjected to racially discriminatory treatment by her employer. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to follow court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of May, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**